UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

VICTOR LOPEZ,

Plaintiff,                          *Civil Action No.*

-against-                                    **1:18-cv-1216-RWS**


BILLIONAIRE BOYS CLUB, LLC ET AL

Defendants.

-------------------------------------X

## <u>NOTICE OF SETTLEMENT</u>

PLEASE TAKE NOTICE that Plaintiff, VICTOR LOPEZ, on behalf of himself and others similarly situated, and Defendants, BILLIONAIRE BOYS CLUB, LLC, BILLIONAIRE BOYS CLUB, and ICE CREAM RETAIL OPERATIONS, LLC, hereby notify this Honorable Court that the parties have reached a settlement in principle in the above-referenced case among all parties. The formal settlement agreement is in the process of being drafted.

Accordingly, the Parties jointly and respectfully request a 30-day order be issued.

Dated: July 19, 2018

_/s/ Bradly Marks _
BRADLY MARKS
The Marks Law Firm, PC
175 Varick Street, 3rd Fl,
New York, NY 10014
T: 646-770-3775