UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------
VICTOR LOPEZ,

                Plaintiff,

    -against-

BILLIONAIRE BOYS CLUB, LLC. Et al.

                Defendant.
----------------------------------------

18 Civ. 1216 (RWS)

ORDER OF DISMISSAL



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/18

**Sweet, D.J.**

    The parties having reached a settlement, it is ORDERED that the above-entitled action be and is hereby dismissed without costs and without prejudice to the right to reopen within thirty days of the date of this Order if the settlement is not consummated.

    Any application to reopen must be filed within thirty days of this Order; any application to reopen filed thereafter may be denied solely on that basis. Furthermore, if the parties wish for the Court to retain jurisdiction for the purpose of enforcing any settlement agreement, parties must provide a letter to be "so ordered" by the Court within the same thirty-day period.

Any pending motions are dismissed as moot and all deadlines are stayed. The Clerk of Court is directed to close the case.

It is so ordered.

New York, NY
July 20, 2018

_____
ROBERT W. SWEET
U.S.D.J.